**STATE of Missouri, Respondent,**

v.

**Richard L. SPENCER, Appellant.**

**No. WD 39938.**

Missouri Court of Appeals, Western District.

June 21, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 2, 1988.

Application to Transfer Denied Sept. 13, 1988.

Sean D. O'Brien, Public Defender, David S. Durbin, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Robert V. Franson, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and LOWENSTEIN and GAITAN, JJ.

### ORDER

PER CURIAM:

The defendant appeals conviction for first degree assault, § 565.050 and armed criminal action, § 571.015.1, RSMo 1986 for which he received concurrent life terms.

Affirmed. Rule 30.25(b).